**500**

Lorene WILLIAMS, Administratrix of the Estate of Truman Williams, Deceased,

v.

FULLER–MORGAN HOSPITAL, INC., et al.

Court of Appeals of Kentucky.

March 15, 1974.

Louis V. Mangrum, Wayne W. Freeman, Mayfield, for appellant.

Boaz & Boaz, Mayfield, Waller, Threlkeld & Whitlow, Paducah, for appellees.

Memorandum Opinion of the Court by Justice REED, Affirming.*

BLUEGRASS MANOR, INC. and Plaza Centers, Inc., Appellants,

v.

CONTRACTOR'S CARPET CITY, INC., Appellee.

Court of Appeals of Kentucky.

March 15, 1974.

James G. Apple, Stites, McElwain & Fowler, Louisville, Ben B. Fowler, Stites, McElwain & Fowler, Frankfort, for appellants.

G. Phillip Deeb, Sr., Deeb, Lohman & Segal, Louisville, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Reversing.*

John B. COOMES et al., Appellants,

v.

James WHITE et al. and Kentucky Department of Alcoholic Beverage Control, Appellees.

Court of Appeals of Kentucky.

March 15, 1974.

W. R. Gentry, Jr., Bardstown, for appellants.

A. James Higgs, Jr., Dailey & Fowler, Frankfort, J. Smith Barlow, Jr. and Richard S. Barlow, Barlow & Barlow, Bardstown, John D. Darnell, Frankfort, for appellees.

Memorandum Opinion of the Court by Commissioner CULLEN, Affirming.*

COMMONWEALTH of Kentucky, DEPARTMENT OF HIGHWAYS, Appellant,

v.

Rex N. WHITE et al., Appellees.

Court of Appeals of Kentucky.

March 15, 1974.

Carl T. Miller Jr., Department of Highways, Frankfort, Harvey G. Ershig, Henderson, Perry M. Lewis, Madisonville, for appellant.

John P. Kirkham, Keith & Kirkham, Hopkinsville, for appellees.

Memorandum Opinion of the Court by Commissioner CULLEN, Affirming.*

* Opinion ordered not to be published.